# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-444-503**
**Effective Date of Registration:**
February 04, 2025
**Registration Decision Date:**
May 07, 2025

## Title
**Title of Work:** Secret garden 1-butterfly cross rainbow

## Completion/Publication
**Year of Completion:** 2020
**Date of 1st Publication:** February 12, 2020
**Nation of 1st Publication:** China

## Author
- **Author:** Xuan Liu
  **Author Created:** 2-D artwork
  **Work made for hire:** No
  **Citizen of:** China

## Copyright Claimant
**Copyright Claimant:** Xuan Liu
dianbaixian dashuipocun 8xiang 6dong 142hao, Maoming, 525400, China

## Certification
**Name:** Liu Xuan
**Date:** February 04, 2025