**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XUAN LIU,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-375 |
| v. | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

### ORDER TO SEAL DOCUMENTS

Having considered Plaintiff Xuan Liu's ("Plaintiff") Motion to Seal, it is hereby ORDERED that said Motion is GRANTED as follows.

IT IS ORDERED, as sufficient cause has been shown, that Plaintiff may file Schedule A, Exhibits B.1-B.3, and Exhibit C to Plaintiff's Complaint under seal and that such documents shall remain under seal until further Ordered by this Court. The redaction requirement is waived.

It is also hereby ORDERED that, notwithstanding this Order to Seal Documents, the Clerk of the Court shall have authority to, and will, provide Plaintiff with certified copies of any orders or entries entered in this matter which are filed under Seal.

SO ORDERED.

SIGNED this _____ day of _____, 2026.

Pittsburgh, Pennsylvania.

_____

UNITED STATES DISTRICT JUDGE

1