**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XUAN LIU,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-375 |
| v. | Honorable Judge Christy Criswell Wiegand |
| | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

**PLAINTIFF'S *EX PARTE* MOTION FOR (1) TEMPORARY
RESTRAINING ORDER, INCLUDING A TEMPORARY INJUNCTION, (2) ORDER
RESTRAINING ASSETS, (3) ORDER FOR EXPEDITED DISCOVERY, and (4) ORDER
TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE**

Plaintiff Xuan Liu ("Plaintiff") respectfully requests this Court to enter an *ex parte* Temporary Restraining Order, including a temporary injunction, enjoining the manufacture, reproduction, importation, distribution, offering for sale, and sale of Infringing Products; an Order restraining Defendants' assets; an Order for expedited discovery of Defendants; and an Order to show cause why a preliminary injunction should not issue. The reasons for such are set forth in the concurrently filed Memorandum of Law in Support.

A Proposed Order is concurrently filed.

DATED April 1, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

1