**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XUAN LIU,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-375 |
| v. | Honorable Judge Christy Criswell Wiegand |
| | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

### PLAINTIFF'S MOTION TO EXCEED PAGE LIMITATION

Plaintiff Xuan Liu ("Plaintiff"), by and through Plaintiff's undersigned counsel, respectfully requests that Plaintiff be given leave to file a brief in support of Plaintiff's *Ex Parte* Motion for Temporary Restraining Order and Other Relief in excess of 20 pages. As part of Plaintiff's brief, Plaintiff moves this Honorable Court to enter a temporary restraining order on an *ex parte* basis, including a temporary injunction, temporary asset restraint, and expedited discovery.

Plaintiff's brief is only 25 pages, and due to the relief sought, Plaintiff submits that the extra 5 pages is necessary to ensure Plaintiff can address each specific area.

Plaintiff, therefore, respectfully requests that Plaintiff be granted leave to file a brief in excess of 20 pages.

DATED April 1, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601

1

Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*

2