## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **XUAN LIU,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-375 |
| v. | Honorable Judge Christy Criswell Wiegand |
| | JURY TRIAL DEMANDED |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

### ORDER TO EXCEED PAGE LIMITATION

Having considered Plaintiff Xuan Liu's ("Plaintiff") Motion for Leave to File Excess Pages, it is hereby ORDERED that said Motion is GRANTED.

IT IS ORDERED, as sufficient cause has been shown, that Plaintiff may file a brief in support of Plaintiff's Motion for Temporary Restraining Order and Other Relief in excess of 20 pages.

SO ORDERED.

SIGNED this _____ day of _____, 2026.

Pittsburgh, Pennsylvania.

_____

UNITED STATES DISTRICT JUDGE

1