SellerDefense

Case Inquiry        Case List        Brand Library

Case representation        Law Firm Information

Frequently Asked Questions        other        about



## SellerDefense now features a case search function! Track the latest developments in your cases!

November 18, 2025 • Comment

**Read more ▸**



## How to deal with copyright infringement by cross-border sellers who steal and sell images? Check out our copyright registration solutions!

March 7, 2025 • Comment

**Read more ▸**



## Off-road brand Fox Racing is taking strong legal action to remove its trademark from shelves!

January 22, 2026 • Comment

**Read more ▸**

Seller Defense - Protecting Sellers' Businesses



## A total of 208 shops were involved in the case! See the latest news on Maria Hayden's copyright infringement case!

January 22, 2026 • Comment

Read more ▸



## There are a total of 48 shops involved in the case! These creative disco ball collages have been quickly removed from online stores!

January 21, 2026 • Comment

Read more ▸



## A total of 88 shops were involved in the case! Quick look at the Daniel John Watts copyright painting case!

January 21, 2026 • Comment

Read more ▸



## A total of 132 shops were involved in the case! The copyright of Gloria West Kendall's artwork is currently under investigation!

January 21, 2026 • Comment

Read more ▸

Seller Defense - Protecting Sellers Interests



## Keith Law Firm faces two cases in quick succession! Quickly check out Olga Zikova's capybara illustrations to avoid potential pitfalls!

January 21, 2026 • Comment

Read more ▸



## There are a total of 19 shops involved in the case! The copyright of Clint Robert Padilla's paintings is currently under investigation!

January 20, 2026 • Comment

Read more ▸



## Hidden case exposed! Quickly check the UEUEKOKO natural hair oil trademark to avoid being scammed!

January 17, 2026 • Comment

Read more ▸



## Another case in Pennsylvania! LORI DEITER is fighting for the rights to multiple copyrighted paintings!

January 17, 2026 • Comment

Read more ▸



# There are a total of 84 stores involved in the case! Check out Wayne Pascall's Christ-themed illustrations!

January 17, 2026 • Comment

**Read more ▸**

1    2    3    4    5    …    200    →

Type and press Enter...    🔍

SellerDefense WeChat Official Account

US law firm settlement representation

SellerDefense (Xiaohongshu)



## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

SellerDefense – Protecting Sellers' Businesses

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms

SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1

 SellerDefense

&#9823; Login/Register

# US-based brand infringement case representation experts, ensuring your peace of mind when expanding overseas.

Let your overseas business grow with peace of mind and worry-free rights protection.

Search by case number, company name, or keywords.    &#128269;

**A total of 3,483** cases were found .

| Date of filing &#8645; | Case number | Plaintiff Brand | Brand owner |
| --- | --- | --- | --- |
| | | | |

SellerDefense

| | | | |
|---|---|---|---|
| 2026-01-21 | **2026-cv-00706** | UGG snow boots | Deckers Outdoor Corporation |
| 2026-01-21 | **2026-cv-00699** | Levi's | Levi Strauss & Co. |
| 2026-01-21 | 2026-cv-00698 | Fox Racing | FOX HEAD,INC |
| 2026-01-21 | **2026-cv-00690** | Sprunki Games | ShinStar LLC |
| 2026-01-21 | **2026-cv-00688** | Levi's | Levi Strauss & Co. |
| 2026-01-21 | **2026-cv-00669** | Vogue, American fashion magazine | ADVANCE MAGAZINE PUBLISHERS |
| 2026-01-21 | **2026-cv-00666** | Levi's | Levi Strauss & Co. |
| 2026-01-21 | **2026-cv-00656** | Copyrighted artwork by Jean Ann Plout | Jean Ann Plout |
| 2026-01-21 | **2026-cv-00652** | Maria Hayden copyright painting | Maria Hayden |
| 2026-01-21 | **2026-cv-00651** | Le Feuvre (copyrighted artwork) | Jennifer Le Feuvre |
| 2026-01-21 | **2026-cv-00650** | Mark Missman copyright painting | Mark Missman |
| 2026-01-21 | **2026-cv-00649** | Roberto Emilio Sanchez Pena (copyrighted artwork) | Roberto Emilio Sanchez Pena |
| 2026-01-21 | **2026-cv-00648** | Laura Graves Products | Laura Graves |
| 2026-01-20 | **2026-cv-00639** | Dyson - Battery Patent | Dyson Technology Limited |
| 2026-01-20 | **2026-cv-00625** | Copyrighted artwork by Jean Ann Plout | Jean Ann Plout |
| 2026-01-20 | **2026-cv-00620** | Michael Jackson | Triumph International, LL |
| 2026-01-20 | **2026-cv-00616** | Michael Jackson | Triumph International, LL |
| 2026-01-20 | **2026-cv-00610** | Jantz Minimalist Illustration | Jantz & Jantz GbR d/b/a A |
| 2026-01-20 | **2026-cv-00603** | SOLTI WORKS | Balazs Solti |
| 2026-01-20 | **2026-cv-00601** | Jantz Minimalist Illustration | Jantz & Jantz GbR d/b/a A |

<1    **1**    2    3    4    5    6    •••    175    >    Go to    1    Total 3483

<1    **1**    2    3    4    5    6    •••    175    >    Go to    1    Total 3483



Case Inquiry     **Case List**     **Brand Library**

**Case representation**     **Law Firm Information**

**Frequently Asked Questions**     **other**     **about**

# CASE LIST 2026

front page / Case list…

| Time of prosecution | Case number | state | law firm | brand |
| --- | --- | --- | --- | --- |
| 2026/1/21 | 26-cv-706 | IL | GBC | UGG snow boots |
| 2026/1/21 | 26-cv-699 | IL | GBC | Levi's |
| 2026/1/21 | 26-cv-698 | IL | GBC | Fox Racing |
| 2026/1/21 | 26-cv-690 | IL | GBC | Sprunki Games |
| 2026/1/21 | 26-cv-688 | IL | GBC | Levi's |
| 2026/1/21 | 26-cv-669 | IL | GBC | Vogue, American fashion magazine |
| 2026/1/21 | 26-cv-666 | IL | GBC | Levi's |

| 2026/1/21 | 26-cv-6 56 | IL | Keith | | Copyrighted artwork by Jean Ann Plout |
| 2026/1/21 | 26-cv-6 52 | IL | Keith | | Maria Hayden copyright painting |
| 2026/1/21 | 26-cv-6 51 | IL | Keith | | Le Feuvre (copyrighted artwork) |
| 2026/1/21 | 26-cv-6 50 | IL | Keith | | Mark Missman copyright painting |
| 2026/1/21 | 26-cv-6 49 | IL | Keith | | Roberto Emilio Sanchez Pena (copyrighted artwork) |
| 2026/1/21 | 26-cv-6 48 | IL | Keith | | Laura Graves Products |
| 2026/1/20 | 26-cv-6 39 | IL | GBC | | Dyson - Battery Patent |
| 2026/1/20 | 26-cv-6 25 | IL | Keith | | Copyrighted artwork by Jean Ann Plout |
| 2026/1/20 | 26-cv-6 20 | IL | TME Law, PC | | Michael Jackson |
| 2026/1/20 | 26-cv-6 16 | IL | TME Law, PC | | Michael Jackson |
| 2026/1/20 | 26-cv-6 10 | IL | Keith | | Jantz Minimalist Illustration |
| 2026/1/20 | 26-cv-6 03 | IL | Keith | | SOLTI WORKS |
| 2026/1/20 | 26-cv-6 01 | IL | Keith | | Jantz Minimalist Illustration |
| 2026/1/20 | 26-cv-6 00 | IL | Keith | | Holly Denise Simental copyright painting |

| 2026/1/20 | 26-cv-5 99 | IL | Keith | | Alison Friend copyright painting |
| 2026/1/20 | 26-cv-5 98 | IL | Keith | | Ali Gulec Works Copyright Painting |
| 2026/1/20 | 26-cv-5 97 | IL | Keith | | Garry Walton copyright painting |
| 2026/1/20 | 26-cv-5 96 | IL | Keith | | Copyrighted artwork by Susan Catherine Holak |
| 2026/1/20 | 26-cv-5 95 | IL | Keith | | Copyrighted artwork by Daniel John Watts |
| 2026/1/20 | 26-cv-5 94 | IL | Keith | | Copyrighted artwork by Gloria West Kendall |
| 2026/1/20 | 26-cv-5 93 | IL | Keith | | Olga Zikova copyright painting |
| 2026/1/20 | 26-cv-5 92 | IL | Keith | | Olga Zikova copyright painting |
| 2026/1/19 | 26-cv-5 87 | IL | GBC | | Levi's |
| 2026/1/19 | 26-cv-5 86 | IL | GBC | | Levi's |
| 2026/1/19 | 26-cv-5 83 | IL | GBC | | Levi's |
| 2026/1/19 | 26-cv-5 78 | IL | GBC | | Chrysler |
| 2026/1/19 | 26-cv-5 77 | IL | GBC | | Vogue, American fashion magazine |
| 2026/1/19 | 26-cv-5 76 | IL | GBC | | UGG snow boots |

| 2026/1/19 | 26-cv-574 | IL | Keith | Kate Bones' photography |
|---|---|---|---|---|
| 2026/1/19 | 26-cv-573 | IL | Keith | Clint Robert Padilla copyright painting |
| 2026/1/19 | 26-cv-571 | IL | Keith | DIANE KATER copyright painting |
| 2026/1/17 | 26-cv-97 | PA | Keith (FERENCE & ASSOCIATES LLC) | SENAY KURTULUS copyrighted artwork |
| 2026/1/17 | 26-cv-96 | PA | Keith (FERENCE & ASSOCIATES LLC) | Susan Winget copyright painting |
| 2026/1/16 | 26-cv-558 | IL | Valley & Summit Law | ? |
| 2026/1/16 | 26-cv-532 | IL | GBC | Levi's |
| 2026/1/16 | 26-cv-505 | IL | GBC | Chrysler |
| 2026/1/16 | 26-cv-499 | IL | GBC | Levi's |
| 2026/1/16 | 26-cv-497 | IL | GBC | Chrome Hearts |
| 2026/1/15 | 26-cv-89 | PA | Keith (FERENCE & ASSOCIATES LLC) | LORI DEITER copyrighted artwork |
| 2026/1/15 | 26-cv-83 | PA | Keith (FERENCE & ASSOCIATES LLC) | DEL PARSON copyright painting |
| 2026/1/15 | 26-cv-489 | IL | Keith | Wayne Pascall copyright painting |
| 2026/1/15 | 26-cv-487 | IL | Keith | Paul Collins copyright painting |

| 2026/1/15 | 26-cv-486 | IL | Keith | | Carolina Windmuller copyright painting |
| 2026/1/15 | 26-cv-484 | IL | Keith | | Amy Judd's copyrighted artwork |
| 2026/1/15 | 26-cv-474 | IL | GBC | | Levi's |
| 2026/1/15 | 26-cv-469 | IL | GBC | | General Motors (GM) |
| 2026/1/15 | 26-cv-467 | IL | GBC | | Bulgari |
| 2026/1/15 | 26-cv-466 | IL | GBC | | UGG snow boots |
| 2026/1/15 | 26-cv-453 | IL | GBC | | Liverpool Football Club (LFC) |
| 2026/1/15 | 26-cv-452 | IL | GBC | | Chrysler |
| 2026/1/15 | 26-cv-450 | IL | GBC | | Toyota |
| 2026/1/15 | 26-cv-443 | IL | GBC | | Levi's |
| 2026/1/15 | 26-cv-442 | IL | GBC | | Chrome Hearts |
| 2026/1/15 | 26-cv-440 | IL | GBC | | Levi's |
| 2026/1/15 | 26-cv-439 | IL | Keith | | Corbert Gauthier copyright painting |
| 2026/1/14 | 26-cv-423 | IL | GBC | | Chrysler |

| 2026/1/14 | 26-cv-408 | IL | GBC | | Levi's |
|---|---|---|---|---|---|
| 2026/1/14 | 26-cv-406 | IL | GBC | | Levi's |
| 2026/1/14 | 26-cv-403 | IL | GBC | | Liverpool Football Club (LFC) |
| 2026/1/14 | 26-cv-402 | IL | Keith | | Thomas Wood copyright painting |
| 2026/1/14 | 26-cv-398 | IL | GBC | | Chrysler |
| 2026/1/14 | 26-cv-394 | IL | GBC | | Chrome Hearts |
| 2026/1/13 | 26-cv-380 | IL | GBC | | Levi's |
| 2026/1/13 | 26-cv-369 | IL | GBC | | Levi's |
| 2026/1/13 | 26-cv-362 | IL | GBC | | Levi's |
| 2026/1/13 | 26-cv-360 | IL | GBC | | Chrysler |
| 2026/1/13 | 26-cv-358 | IL | Ford Banister LLC | | PAINTING PEN TIP Diamond Paintbrush Tip |
| 2026/1/13 | 26-cv-345 | IL | Getech Law LLC | | Butterfly Cross Illustration |
| 2026/1/13 | 26-cv-343 | IL | Keith | | Vipanee Singsutee Copyrighted Artwork |
| 2026/1/13 | 26-cv-342 | IL | Keith | | Copyrighted artwork by Daniel Jay Eskridge |

| 2026/1/13 | 26-cv-341 | IL | Keith | Copyrighted artwork by Hannah Mae Rosengren |
| 2026/1/13 | 26-cv-64 | PA | Keith (FERENCE & ASSOCIATES LLC) | Elizabeth Karlson copyright painting |
| 2026/1/13 | 26-cv-57 | PA | Keith (FERENCE & ASSOCIATES LLC) | Copyrighted artwork by NICOLETTE RAHNER |
| 2026/1/12 | 26-cv-50 | PA | Keith (FERENCE & ASSOCIATES LLC) | NONA IONELA PUICĂ Copyrighted Painting |
| 2026/1/12 | 26-cv-49 | PA | Keith (FERENCE & ASSOCIATES LLC) | DEBRA COULES copyrighted artwork |
| 2026/1/12 | 26-cv-46 | PA | Getech Law LLC | Car Crash Cymbal |
| 2026/1/12 | 26-cv-334 | IL | GBC | UGG snow boots |
| 2026/1/12 | 26-cv-326 | IL | GBC | Levi's |
| 2026/1/12 | 26-cv-319 | IL | GBC | Chrome Hearts |
| 2026/1/12 | 26-cv-318 | IL | TME Law, PC | Teenage Mutant Ninja Turtles |
| 2026/1/12 | 26-cv-316 | IL | GBC | Chrysler |
| 2026/1/12 | 26-cv-315 | IL | GBC | Levi's |
| 2026/1/12 | 26-cv-301 | IL | Keith | Marusha Belle copyright painting |
| 2026/1/9 | 26-cv-277 | IL | GBC | Chrysler |

| 2026/1/9 | 26-cv-273 | IL | GBC | Chrysler |
|---|---|---|---|---|
| 2026/1/9 | 26-cv-271 | IL | DeWitty and Associates | Hand-shaped wall mount bracket |
| 2026/1/9 | 26-cv-266 | IL | Concord & Sage | PonPom trademark |
| 2026/1/9 | 26-cv-258 | IL | GBC | UGG snow boots |
| 2026/1/9 | 26-cv-245 | IL | DYKEMA GOSSETT PLLC | JAMES AVERY Jewelry |
| 2026/1/9 | 26-cv-244 | IL | GBC | Levi's |
| 2026/1/9 | 26-cv-237 | IL | GBC | Chrysler |
| 2026/1/9 | 26-cv-227 | IL | Concord & Sage | PonPom trademark |
| 2026/1/8 | 26-cv-30 | PA | Keith (FERENCE & ASSOCIATES LLC) | Abraham Hunter copyright painting |
| 2026/1/8 | 26-cv-29 | PA | Keith (FERENCE & ASSOCIATES LLC) | Lisa Audit copyright painting |
| 2026/1/8 | 26-cv-217 | IL | GBC | Chrysler |
| 2026/1/8 | 26-cv-214 | IL | GBC | Levi's |
| 2026/1/8 | 26-cv-202 | IL | GBC | Chrysler |
| 2026/1/8 | 26-cv-199 | IL | Concord & Sage | PonPom trademark |

| 2026/1/8 | 26-cv-194 | IL | GBC | Levi's |
|---|---|---|---|---|
| 2026/1/8 | 26-cv-188 | IL | TME Law, PC | HARRY POTTER |
| 2026/1/8 | 26-cv-183 | IL | KossofIPR | Fendi |
| 2026/1/8 | 26-cv-182 | IL | Concord & Sage | PonPom trademark |
| 2026/1/7 | 26-cv-175 | IL | GBC | UGG snow boots |
| 2026/1/7 | 26-cv-173 | IL | GBC | Chrysler |
| 2026/1/7 | 26-cv-171 | IL | GBC | UGG trademark |
| 2026/1/7 | 26-cv-155 | IL | GBC | Levi's |
| 2026/1/7 | 26-cv-153 | IL | GBC | Chrysler |
| 2026/1/7 | 26-cv-149 | IL | GBC | Dior |
| 2026/1/7 | 26-cv-143 | IL | GBC | Levi's |
| 2026/1/7 | 26-cv-137 | IL | THE LAW OFFICES OF KONRAD SHERINIAN, LLC | Elizaveta Negru's Fun Illustrations |
| 2026/1/7 | 26-cv-132 | IL | THE LAW OFFICES OF KONRAD SHERINIAN, LLC | Special decorative items such as the middle finger duck |
| 2026/1/7 | 26-cv-131 | IL | GBC | Harley Davidson |

| 2026/1/7 | 26-cv-124 | IL | Keith | Retro Poster Illustrations |
|---|---|---|---|---|
| 2026/1/6 | 26-cv-121 | IL | GBC | UGG snow boots |
| 2026/1/6 | 26-cv-120 | IL | GBC | Chrysler |
| 2026/1/6 | 26-cv-116 | IL | GBC | Chrysler |
| 2026/1/6 | 26-cv-115 | IL | BAYRAMOGLU LAW OFFICES LLC | Women's swimwear copyright |
| 2026/1/6 | 26-cv-110 | IL | GBC | Chrome Hearts |
| 2026/1/6 | 26-cv-101 | IL | GBC | Dior |
| 2026/1/6 | 26-cv-95 | IL | Getech Law LLC | Chocolate bar mold |
| 2026/1/5 | 26-cv-90 | IL | BAYRAMOGLU LAW OFFICES LLC | AUTOMATIC SMOKER Electric Smoke Burner |
| 2026/1/5 | 26-cv-81 | IL | GBC | Harley Davidson |
| 2026/1/14 | 26-cv-79 | PA | Keith (FERENCE & ASSOCIATES LLC) | BRENT LYNCH copyrighted artwork |
| 2026/1/5 | 26-cv-79 | IL | GBC | Chrysler |
| 2026/1/5 | 26-cv-72 | IL | Keith | Marta Dalloul copyright painting |
| 2026/1/5 | 26-cv-66 | IL | GBC | Chrysler |

| 2026/1/5 | 26-cv-47 | IL | GBC | Hallmark |
| 2026/1/5 | 26-cv-35 | IL | GBC | Chrome Hearts |
| 2026/1/5 | 26-cv-32 | IL | Concord & Sage | ? |
| 2026/1/5 | 26-cv-28 | IL | Keith | Courtney Morgenstern copyright painting |
| 2026/1/5 | 26-cv-26 | IL | KossofIPR | Celine |
| 2026/1/5 | 26-cv-25 | IL | Keith | Maya Spielman copyright painting |
| 2026/1/5 | 26-cv-20039 | FL | BOIES SCHILLER FLEXNER LLP | V-COMB Electronic Lice Remover |
| 2026/1/4 | 26-cv-20013 | FL | KEMET LAW GROUP, LLC | EYEGLASSES |
| 2026/1/4 | 26-cv-20012 | FL | KEMET LAW GROUP, LLC | ? |
| 2026/1/2 | 26-cv-11 | IL | SULLIVAN & CARTER, LLP | ? |
| 2026/1/2 | 26-cv-7 | IL | Yunting Law | UEUEKOKO Hair Oil |

Type and press Enter...    🔍



SellerDefense WeChat Official Account



US law firm settlement representation



SellerDefense (Xiaohongshu)

## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

SpencePC

Thoits

Uncategorized

Other law firms



SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1



- What is GBC?

GBC is a US law firm, short for Greer Burns & Crain Ltd., whose name is composed of the surnames of its three partner lawyers. Located in Chicago, Illinois, it specializes in representing brands in various intellectual property lawsuits and is notorious among Chinese sellers.

- Why would GBC buy my product?

GBC advocates for the rights of many brands; they buy your products because they believe you have infringed on their rights.

- Brother Zhi, how did you know GBC bought my product?

I have a group called SellerDefense: 295380184. Many people in the group report GBC buyer IDs. By using the buyer IDs, we can find out who left reviews for these IDs and what products they reviewed. Then I can find you. This list is constantly updated on this website: GBC -> Purchase Activity.

- What are the GBC buyer IDs?

newmlenedwa,sophimitc0,sheilmacke_0,sheilmacke,lilllanaste_0,eliyonah,sturm ond736,franthommpso82,settyt78,keit.sore n,cwooser19-5,armandguttiere-0,aribabi2466,patcombs2834,diankenning-0,nancefostisthebest_7,dresla-0,kittycait7800, sydneco_7,besmit543,kevistro8, nicbarret_67,jacstei_49,marinaria4,galacke_0,patpatt03172,billston_31,cas.o

Case Inquiry          Case List

Brand Library          Case representation



Law Firm Information

Frequently Asked Questions          other

about

Here is a list: http://www.ebaymaster.cn/?p=1617

- What are the consequences if GBC buys my product?

After a few days or months, your PayPal account will be frozen, and you will receive two emails: one from GBC saying that you have infringed on their rights and that they have sued you in Illinois and you need to respond to the lawsuit; the other email is from PayPal saying that they have received a court order to freeze your account and your funds.

- How long will it take for GBC to sue me?

Historical experience shows that there may be no fixed timeframe, such as days or months after the purchase, so it's best to prepare as soon as you learn that GBC has purchased your product.

- A GBC account purchased something from me. Can I still use my PayPal account?

Everything is normal before GBC sues you. If they do sue you, GBC will notify PayPal to freeze your account. So start preparing now. If you want to settle, leave 1000 USD in your account and then list your account for a new PayPal account. If you don't settle, you can withdraw all the money, but your eBay account will be unusable.

- Is GBC only suing my PayPal account? Will there be problems if I link my PayPal account to it?

Based on current understanding, GBC will only sue the PayPal account used to purchase the product; the associated PayPal account will be fine. However, there is one possibility: PayPal may review the GBC case internally and potentially freeze the associated account.

- My product is licensed, I'm not afraid of GBC!



screenshots, they can sue you.

- What should I do if my PayPal account is frozen?

There are three options: waive, respond to the lawsuit, or reach a settlement.

- Which processing method should I choose?

Both responding to a lawsuit and reaching a settlement require hiring a US lawyer, which will incur fees, at least 2000 RMB. If you have very little money in your PayPal account and your PayPal account is permanently frozen, and your eBay account is no longer selling anything, it won't have a significant impact on you, so you can choose to give up. If you want to restore your PayPal account, you must either reach a settlement or respond to a lawsuit.

- I heard that being sued by GBC only affects PayPal, not eBay?

Yes, GBC is only interested in your money. They only ask the court to freeze your PayPal account. Under normal circumstances, your eBay account will not be affected (of course, sometimes eBay will freeze your eBay account if they find that your infringement is serious). However, since the PayPal account has been frozen, if you continue to do business, the money will flow into the frozen PayPal account.

- Can I switch to another PayPal account to continue selling?

You can change it, but if you don't settle or respond to the lawsuit, your case will be subject to a default judgment after 21 days, and you will lose the case. GBC reserves the right to punish you further. They will then buy a clean account from your account, obtain your new PayPal, and freeze your



must be a US address), and then search. If your listing is blocked in the US (note: under normal circumstances), GBC won't see it and therefore won't be able to buy your product.

However, there is a possibility that GBC might use, for example, a UK address to search, and find your product, but it still cannot be purchased unless it is actually shipped to the UK. We have not yet discovered this scenario.

Therefore, based on my current understanding, other websites are effectively blocking the US's GBC protection.

- Can I prevent GBC from suing me a second time by changing my store name?

No, even if you change the name, people can still find your store through the old one. Try it and see.

- What should I do if I want to restore my account and continue doing business after GBC buys it?

Once the purchased PayPal account has accumulated $1500-2000, link all your eBay listings to the new PayPal account. When GBC sues you, find a lawyer to settle the matter.

- Why keep so much money in the old account? Can I withdraw it all and then hire a lawyer?

If you have very little money in your account, GBC will either refuse to settle with you (ignore you, even if you hire a lawyer), or they will make a very high demand, such as 10,000 USD for a settlement. You need to leave 1,500-2,000 USD and hire a lawyer to reach a settlement if necessary.

- What is the minimum amount left after GBC and PayPal settlement?

Generally, you need 1000 USD. If you only have 100 USD, GBC won't bother to settle. Even if your lawyer urges GBC to settle, GBC will set a very high

Case Inquiry          Case List

Brand Library      Case representation



Law Firm Information

Frequently Asked Questions          other

about

- Hiring a lawyer must be expensive, right?

Lawyers vary greatly in quality these days, and generally, the minimum fee is 2000 RMB. If you have 2000 USD frozen, the end result is that the 2000 USD will go to GBC, and you'll have to pay the lawyer 2000+ RMB to keep your PayPal account.

- Can I continue using PayPal after the settlement?

After GBC withdraws the lawsuit, PayPal will conduct a second review of your account. The review may prevent you from continuing to use this PayPal account. Therefore, even after a settlement, it is still possible that your PayPal account will be permanently frozen and unusable.
PayPal's review process seems to be based on a very subjective judgment by their security department. For example, if your business is very small, they might shut you down, but if your business is larger, they might say, "Don't be afraid, be brave and strong, be careful next time, and your account will be restored!"

- GBC is such a scoundrel, what do you think, Zhi Ge?

GBC is a rogue law firm, and many people call it a rogue law firm, and they hate them. I think the fundamental thing is for sellers to raise their awareness of intellectual property rights, keep learning, and not take chances.

- Is there a way to sell counterfeit goods without getting caught?

Selling at the entrance of the residential area ;)

Type and press Enter...          🔍



Case Inquiry        Case List

Brand Library        Case representation

**Law Firm Information**

Frequently Asked Questions        other

about

US law firm settlement representation



SellerDefense (Xiaohongshu)



**Law firm's brand**

GBC's Brand Representation Directory



**Case Inquiry**     **Case List**

**Brand Library**     **Case representation**

**Law Firm Information**

**Frequently Asked Questions**    **other**

**about**

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper



Case Inquiry        Case List

Brand Library        Case representation

**Law Firm Information**

Frequently Asked Questions        other

about

SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1



Case 2:26-cv-00375-CCW Document 16-3 Filed 04/01/26 Page 32 of 35

Case Inquiry     Case List     Brand Library

 SellerDefense          Case representation          **Law Firm Information**

Frequently Asked Questions     other     about

# GBC BUYER ID

front page / GBC buyer…

maeve.si-46,rylo1688,lysan_9564,aublit36,benjie._98,up.witht46,csal_4,geoco4739,sus4n30,susasmit80,buystuff212,rc shelkohlber_0,emistar_58,masinc_75,t.b966,alidi-80,grken41,brpot-80,tanke-70,smar-2088,irmah-31,lena.r_76,cansauc 0,l.ena.ra.sh.tu-5,chrissmitt0,l.ena.rash.t.u_9,casoutlets_0,lenrusht0,l.ena.rash.tu8,jeremjone66,judjustic-0,mai nrina_0,caswester-0,judy.graham8293,caslott0,matmarin_60,mamule_0,billstone_0,cassilut-0,judygraham.829_2,judegrah a0,noagabl-0,lenrasht-0,cas.outlets-6,billston_31,patpatt03172,galacke_0,marinaria4,jacstei_49,nicbarret_67,kevis tro8,besmit543,dresla-0,sydneco_7,kittycait7800,marisslaniewsk_0,franchompso82,nancefostisthebest_7,diankenning-0 ,patcombs2834,aribabi2466,cwooser19-5,armandguttiere-0,marisslaniewsk_0,moutakilomumun-0,jacqualinfarre0,keit.sor en,franthommpso82,tereselmendor-0,sturmond736,eliyonah,lilllanaste_0,sheilmacke,sheilmacke_0,sophimitc0,newmlenedwa

Type and press Enter...     🔍



SellerDefense WeChat Official Account



US law firm settlement representation



SellerDefense (Xiaohongshu)

## Law firm's brand

GBC's Brand Representation Directory

List of Keith's Partner Brands

List of EPS Agency Brands

David's Brand Representation Directory

Case 2:26-cv-00375-CCW    Document 16-3    Filed 04/01/26    Page 34 of 35

## Useful Links

How can cross-border sellers reduce the risk of being sued for infringement?

AliExpress Intellectual Property Zone

DHgate Intellectual Property Zone

eBay VERO

How to search for a US trademark

How to search for a Chinese trademark

Basic knowledge of litigation settlement

## Category Directory

Baker

David

EPS

FERENCE

Flener

GBC

GulbransenLaw

HSP

Johnson & Pham LLP

Keener

KEITH

LOEB

Marshall

Saper

SKGF

SLADKUS

SMG

1/22/26, 11:26 AM

Case 2:26-cv-00375-CCW

Document 16-3

GBC Buyer ID - SellerDefense

Filed 04/01/26

Page 35 of 35

SpencePC

Thoits

Uncategorized

Other law firms

4/4



SellerDefense.cn 2017-2022

Shanghai ICP Registration No. 13015943-1