**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XUAN LIU,**<br><br>Plaintiff,<br><br>v.<br><br>**SCHEDULE A DEFENDANTS,**<br><br>Defendants. | Civil Action No.: 2:26-cv-375<br><br>Honorable Judge Christy Criswell Wiegand<br><br>JURY TRIAL DEMANDED |

## MOTION FOR PRELIMINARY INJUNCTION ORDER

Plaintiff Xuan Liu ("Plaintiff") respectfully requests this Court to enter a Preliminary Injunction Order against the seller aliases identified in Schedule A to the Complaint ("Defendants") in connection with this Court's Order to Show Cause Why a Preliminary Injunction Should Not Issue (Dkt. No. 20). The reasons and evidence for such are set forth in the previously filed Motion for Temporary Restraining Order, Motion for Order Restraining Assets, Motion to Expedite Discovery, and Motion for Preliminary Injunction and Brief thereof (Dkt. Nos. 14, 16) as well as this Court's previous Orders (Dkt. Nos. 20, 23).

A Proposed Order is concurrently filed.

DATED: April 20, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100,
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*