| | |
|---|---|
| **XUAN LIU,** | |
| Plaintiff, | Civil Action No.: 2:26-cv-375 |
| v. | Honorable Judge Christy Criswell Wiegand |
| **SCHEDULE A DEFENDANTS,** | |
| Defendants. | |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure, Plaintiff XUAN LIU ("Plaintiff") hereby dismisses this action with prejudice as to the following Defendant(s):

| Name / Seller Alias | Line No. |
|---|---|
| Yiling YEATION | 131 |
| Pujiang County Xinyu E-commerce Effective Company | 5 |
| HIBAH-US | 64 |
| ROXIA | 68 |
| WUNTIN BEAUTY HOME | 66 |
| zhesieue | 69 |
| AFFORDALI | 29 |
| Ursae | 89 |
| CUICHENAA | 128 |
| EricTsao | 6 |
| Trendy Sticker Lab | 104 |
| HF ZHOU | 133 |
| KMSILI StickerA | 136 |

| | |
|---|---|
| PUTIBUTUI-US | 4 |
| Elegant WishShape | 99 |
| Elegant Fashion Front | 101 |
| Unique Pulse | 77 |
| Pure WishShape | 116 |

DATED  May 22, 2026

Respectfully submitted,

/s/ Ge (Linda) Lei
Ge (Linda) Lei
Getech Law LLC
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY FOR PLAINTIFF*