**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

XUAN LIU,

                      **Plaintiff,**

      **v.**

SCHEDULE A DEFENDANTS,

                      **Defendants.**

Civil Action No.: 26-cv-375

Hon. Christy Criswell Wiegand

**STIPULATION OF DISMISSAL**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff XUAN LIU and Defendant Funny personality car stickers [No. 138], DIY Creative Home Decal Stickers [No. 97], Creative Furniture Stickers [No. 98], Marora [No. 95], DecalCruise [No. 177] hereby jointly file this stipulation of dismissal. The Parties stipulate to the dismissal of all claims brought in this action with prejudice. The Parties are to bear their own costs, expenses, and attorneys' fees.

Dated: May 28, 2026                                    Respectfully submitted,

*/s/Chengchen Xu*
By: Chengchen Xu
Delta IP Law PLLC
20 F Street Nw, Suite 700
Washington, DC 20001 USA
858-280-5570
Email:Greatbegonia@gmail.Com
Pro Hac Vice

*ATTORNEY For Defendants*

*/s/ Ge (Linda) Lei*
Ge (Linda) Lei
203 N. LaSalle St., Suite 2100
Chicago, IL 60601
Attorney No. 6313341
Linda.lei@getechlaw.com
312-888-6633

*ATTORNEY For Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2026, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Western District of PENNSYLVANIA, using the electronic case filing system of the court. A true and complete copy of the foregoing document has been served upon all counsel of record.

/s/ Ge (Linda) Lei
Ge (Linda) Lei