**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **XUAN LIU,**<br><br>Plaintiff,<br><br>v.<br><br>**SCHEDULE A DEFENDANTS,**<br><br>Defendants. | Civil Action No.: 2:26-cv-375<br><br>Honorable Judge Christy Criswell Wiegand<br><br>JURY TRIAL DEMANDED |

**<u>DECLARATION OF GE (LINDA) LEI</u>**

I, Ge (Linda) Lei, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Western District of Pennsylvania. I am the attorney for Plaintiff. Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

    a. I, or someone acting under my direction, caused Plaintiff's First Set of Requests for Admissions (among other requests) to be served on Defendants via email on April 20, 2026, pursuant to this Court's Order (ECF 20).

    b. None of the Defaulting Defendants (as defined in the accompanying Brief) provided answers to Plaintiff's First Set of Requests for Admissions.

    c. Plaintiff's First Set of Requests for Admissions include at least the following Requests:

i. (Req. 2) - Admit that You knowingly created and maintained one or more product listings for the Accused Products on Amazon.com, Walmart, or Temu, a U.S.-based online marketplace.

ii. (Req. 3) - Admit that the Amazon, Walmart, or Temu platform You operate on allows You to choose whether or not to offer Your products for sale or shipment in the United States.

iii. (Req. 4) - Admit that the Amazon, Walmart, or Temu platform You operate on allows You to choose whether or not to offer Your products for sale or shipment in the State of Pennsylvania.

iv. (Req. 5) - Admit that You knowingly enrolled the Accused Products in Amazon's Fulfillment by Amazon ("FBA") program or similar program for Walmart or Temu.

v. (Req. 6) - Admit that, at the time You enrolled the Accused Products in Amazon's Fulfillment by Amazon ("FBA") program, or similar program for Walmart or Temu, You knew or reasonably should have known that such program(s) would allow the Accused Products to be offered for sale and shipped to residents of the United States, including residents of the State of Pennsylvania.

vi. (Req. 7) - Admit that a resident of the State of Pennsylvania had the ability to view the Accused Product, purchase the Accused Product, and ship the Accused Product to a shipping address in the State of Pennsylvania.

vii. (Req. 8) - Admit that Defendant's E-commerce Store(s) did not exclude sale and shipping of the Accused Product to the State of Pennsylvania.

viii. (Req. 9) - Admit that You intended to sell and ship Accused Products to the United States, including Pennsylvania, for monetary value when operating Defendant's E-commerce Store(s).

ix. (Req. 11) - Admit that You made sales of Accused Products to a purchaser with a State of Pennsylvania shipping address.

x. (Req. 15) - Admit that You knew or were otherwise constructively aware of Plaintiff's Copyright while designing, manufacturing, sourcing, offering for sale, or selling Defendant's Accused Products.

xi. (Req. 16) - Admit that You did not engage in any independent research, intellectual property clearance search, or other prior art search, including at the USPTO or Copyright Office, before offering for sale the Accused Product(s).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2026 in Chicago, Illinois.

/s/ Ge (Linda) Lei
Ge (Linda) Lei